IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHAUN EMERICK                                                                                           PLAINTIFF

VS.                                                            CIVIL ACTION NO.  5:05cv163DCB-MTP

ROSEMARY GATLEIN                                                                                  DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for failure to prosecute.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the     3rd     day of  April, 2008

　　　　　　　　　　　　　　　　　　　　　　    s/ David Bramlette
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE